UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 07-60429-CIV-DUBÉ

CONSENT CASE

JOHN STUTEVILLE,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.
_____/

## ORDER FOR EXPEDITED RESPONSE

THIS CAUSE is before the Court on the Motion to Amend/Correct Order Awarding Attorney Fees filed by the Plaintiff. (D.E. #27). The Plaintiff has recently filed an Assignment of EAJA Fees. (D.E. #27, page 3). After reviewing the motion and the file in this cause, it is **ORDERED** as follows:

(1) The Defendant shall have until **Friday, September 5, 2008** to file a Response to the Motion to Amend/Correct Order Awarding Attorney Fees.

(2) The Plaintiff shall have until **Tuesday, September 9, 2008** to file a Reply, if necessary, to the Response to the Motion to Amend/Correct Order Awarding Attorney Fees.

**DONE AND ORDERED** this ___2nd___ day of September, 2008.

                                          ROBERT L. DUBÉ
                                          UNITED STATES MAGISTRATE JUDGE